## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Elizabeth Anne Evans

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:25−cv−06400

                                                            Honorable Charles P.
                                                            Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

        MINUTE entry before the Honorable Charles P. Kocoras: Per Plaintiff's report of
full satisfaction of judgment [49], the Court, pursuant to LR 58.1, enters the satisfaction of
judgment as to Defendant Bold Blossom. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.